1  GOLDBERG, STINNETT, DAVIS & LINCHEY
   A Professional Corporation
2  DENNIS D. DAVIS, ESQ. CA Bar #070591
   44 Montgomery Street, Suite 2900
3  San Francisco, CA  94104
   Telephone: (415) 362-5045
4  Facsimile:  (415) 362-2392

5  Attorneys for Plaintiff E. Lynn Schoenmann, Trustee

6

7

8                  IN THE U.S. BANKRUPTCY APPELLATE PANEL

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  In re:                               Case No. 09-30031-TEC

13  ASHOK GUJRAL,                        Chapter 7

14            Debtor.

15

16  E. LYNN SCHOENMANN, Trustee,         A.P. No. 10-03038

17            Plaintiff,

18  vs.

19  BEN HAMBURG and HAMBURG LAW
   CORPORATION,
20
             Defendants.
21

22        **PLAINTIFF'S INITIAL DISCLOSURES AND DISCOVERY PLAN**

23        Plaintiff E. Lynn Schoenmann, Trustee, hereby makes the following disclosures pursuant to

24  Rule 26.

25        **A.**  **The name and, if known, the address and telephone numbers of each individual**

26  **likely to have discoverable information relevant to disputed facts alleged with particularity in**

27  **the pleadings, identifying the subjects of the information.**

28  *///*

Response:

1.      Ben Hamburg, 2625 Alcatraz Avenue, #500, Berkeley, CA 94705: should have knowledge concerning the allegations of paragraphs 7 through 11 of the complaint.

2.      Ashok Gujral, 155 San Anselmo Avenue, San Francisco, CA: has knowledge concerning the allegations of paragraphs 5 through 11 of the complaint.

3.      Rajiv Gujral, 17 Rockridge Road, Hillsborough, CA: should have knowledge concerning the allegations of paragraphs 5 through 11 of the complaint.

**B.      A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to the disputed facts alleged with particularity in the pleadings:**

Response:

1.      Letter from Hamburg to Dennis Davis dated March 2, 2010 (exhibit A);

2.      Debit Transaction Form dated April 2, 2009 (Exhibit B);

3.      Ashok Gujral check to First National Bank for $29,500 dated 6/17/09 (Exhibit C);

4.      Email string among Mike Huber, Ash Gujral and Ben Hamburg dated March 25 and 26, 2009 (Exhibit D);

5.      Debtor's testimony concerning PFG during Section 341 meeting, Rule 2004 exam and deposition (Exhibit E);

6.      PFG's account statements for account 6300174 at First National Bank, for 2009 (Exhibit F).

**C.      A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of the injury suffered.**

Response: None other than as set forth in complaint.

**D.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the**

LAW OFFICES
**GOLDBERG, STINNETT, DAVIS & LINCHEY**
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

PLAINTIFF'S INITIAL DISCLOSURES AND DISCOVERY PLAN
10483.707/125349.DOC     - 2 -
Case: 10-03038   Doc# 9   Filed: 04/23/10   Entered: 04/23/10 10:55:07   Page 2 of 29

**judgment which may be entered in the action or to indemnify or reimburse for payments to satisfy the judgment:**

     Response: No insurance coverage is known to the trustee.

     E.    **Plaintiff's Discovery Plan:**

Plaintiff believes that there may be other transfers to defendants that were not disclosed by debtor or by defendants. Plaintiff will submit a set of requests for production to defendants requesting relevant documents. After these documents have been produced, plaintiff will conduct depositions of Mr. Hamburg, Rajiv Gujral and any other witnesses whose identities are disclosed in the documents and who the trustee believes has relevant information.

DATED: April 23, 2010

                             GOLDBERG, STINNETT, DAVIS & LINCHEY
                             A Professional Corporation

                          By       /s/ Dennis D. Davis
                                   Dennis D. Davis
                                 Attorneys for Plaintiff E. Lynn Schoenmann, Trustee

LAW OFFICES
**GOLDBERG, STINNETT, DAVIS & LINCHEY**
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

## HAMBURG LAW CORPORATION
2625 ALCATRAZ AVENUE, #500
BERKELEY, CALIFORNIA 94705
TEL: (510) 985-2600
FAX: (510) 985-2666
WWW.HAMBURGLAWCORP.COM

BEN HAMBURG
BEN@HAMBURGLAWCORP.COM

March 2, 2010

**VIA EMAIL -- ddavis@gsdllaw.com**
Dennis Davis, Esq.
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

      **Re:**  Ashok Gujral, Debtor, Case No. 09-30031

Dear Dennis:

I am writing to follow-up on our telephone conversation of March 1, 2010, and also to address some of the matters raised in your March 1 letter to Michael Sweet, which Michael forwarded to me.

I understand from our telephone conversation and your letter that you are concerned about financial dealings of Preferred Financial Group, Inc. ("PFG"), an entity whose stock is owned 50% by the debtor and 50% by Rajiv Gujral, his brother. There is no dispute that the debtor's 50% stock interest in PFG is property of his bankruptcy estate. The assets of PFG are not now and never have been a part of the bankruptcy estate.

You have raised concerns about a $25,000 First National Bank cashier's check, apparently funded through a PFG bank account on or about April 2, 2009. My records indicate receipt of a cashier's check in the amount of $25,000 from Rajiv Gujral on or about April 7, 2009. You also raise concerns about a $29,500 cashier's check that was issued out of a PFG account on or about June 17, 2009. My accounting records indicate that I received a $29,500 cashier's check from Rajiv Gujral on or about June 23, 2009. I do not know if the checks I received came directly from a PFG account, were the result of shareholder distributions or amounts owed by PFG to Rajiv Gujral, or were from another account into which Rajiv Gujral might have deposited the cashier's checks about which you have inquired.

You have advised me that the Trustee will be seeking recoupment of the $25,000 that was paid to me by Rajiv Gujral. I assume that your position will be the same with respect to the $29,500 if that amount was drawn from a PFG account. Please advise on what basis the Trustee believes that she is entitled to any money paid to me, even if paid directly

1

from PFG, since Rajiv Gujral had authority as an officer and director of PFG to act on behalf of PFG.

I have not uncovered any legal theory requiring an attorney to disgorge amounts received from a client to anyone other than the client, and then only if there has been some fraud, misrepresentation or failure to provide services by the attorney that has caused damage to the client. Likewise, I am not aware of any legal authority requiring an attorney to disgorge amounts used in payment of legal services to anyone other than the client.

Even if Rajiv Gujral used funds from PFG to pay for services that I rendered at his request, the following facts establish that Mr. Gujral had the requisite authority to direct the use of funds of PFG:

1. PFG is a California corporation.

2. Rajiv Gujral is a 50% shareholder of PFG, an officer and director of PFG, and, apparently, is and was a person in charge of PFG's affairs. Ash Gujral owns the other 50% which is now property of his bankruptcy estate.

3. According to the bank statements attached to your letter, Rajiv Gujral was authorized to direct banking activities of PFG.

4. I received two cashier's checks from Rajiv Gujral with the directive that I was to use such funds to pay for legal services provided on behalf of his brother.

5. I was not and am not in possession of any information or legal authority that indicates that Rajiv Gujral was prohibited from paying me to provide services to his brother.

6. I utilized the funds provided by Rajiv Gujral as instructed and provided legal services to Ash Gujral.

Based on the foregoing, there appears to be no legal basis for a demand to return the $25,000 or the $29,500. I received the payments from Rajiv Gujral, not from Ash Gujral. The $54,500 that I received, even if from PFG funds, was paid to me by a corporate officer of PFG who was authorized to act on PFG's behalf. Furthermore, even if the funds came from PFG, the amount paid to me represents substantially less than 50% of the funds that were in the PFG bank accounts. In this regard, according to your letter, $568,488.01 was deposited into the PFG bank account on April 2, 2009. Since Rajiv Gujral owned 50% of the stock of PFG and was an authorized officer and director of PFG, he had a right to determine appropriate PFG expenditures.

Even if it could be demonstrated that Rajiv Gujral acted improperly in making any determinations regarding PFG funds, his payment of amounts to me for use in representing his brother has not caused any harm to the Trustee or the debtor's estate. I did nothing but provide legal services for which I was paid my regular hourly fee.

2

Please let me know if there are any questions about the above as I would prefer to discuss the matter with you on a professional-to-professional basis. As we discussed during our telephone conversation, if you convince me or the Court orders me to return the money obtained from Rajiv Gujral, I will do so, but at this time I do not understand the basis for any such request.

Sincerely,

HAMBURG LAW CORPORATION

/deemed signed by email transmission/

Ben Hamburg

SSC-58 rev 01/07

# DEBIT TRANSACTION FORM

OSI
07202

ACCOUNT NAME ___PREFERRED/FINANCIAL GROUP, INC.___

DATE __04__/__02__/__09__

DESCRIPTION ( PER RAJIV GUJRAL'S REQUEST )

ISSUED c/c # 266528

PAYABLE TO HAMBURG YALU

CONTRA ENTRY c/c # 266528

AMOUNT

$ 25,000 —

PREPARED BY _____

APPROVED BY _____

ACCOUNT NUMBER

6 3 0 0 1 7 2 4

TRAN CODE

0 6 9

☒ CHECKING
☐ SAVINGS
☐ CD
☐ HEALTH SAVINGS ACCOUNT
☐ SAFE DEPOSIT BOX
☐ DEMAND DEPOSIT LOAN
☐ INDIVIDUAL RETIREMENT ACCOUNT

⑆5510⑈0000⑆   6300 1724⑈ 899

EXHIBIT "B"



NAME Ashok Guyva)

ACCOUNT NO. 630017ZM

First National Bank

PAY TO THE ORDER OF First National Bank

Twenty nine thousand & five hundred only

DATE 6-17-09

$29,500

DOLLARS

LEGAL

FOR

90-118-10
1211

⑆121101189⑈

Case: 10-03038    Doc# 9    Filed: 04/23/10    Entered: 04/23/10 10:55:01    Page 8 of 29

EXHIBIT "C"

## Scott Huber

| | |
|---|---|
| **From:** | Mike Huber [mhuber@huberlawfirm.com] |
| **Sent:** | Thursday, March 26, 2009 8:46 AM |
| **To:** | Scott Huber |
| **Subject:** | FW: wire funds |
| **Attachments:** | Wire Instructions--Trust Account.pdf |

Michael Huber
Huber Law Firm, P.C.
8170 Highland Dr., Suite E5
Sandy, UT 84093
Tel (801) 733-4900

Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Michael Huber. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Ben Hamburg [mailto:ben@hamburglawcorp.com]
**Sent:** Wednesday, March 25, 2009 10:37 PM
**To:** 'Ash Gujral'; 'Michael Huber'
**Subject:** RE: wire funds

Wire instructions attached.

Ben Hamburg
Hamburg Law Corporation
2625 Alcatraz Avenue, #500
Berkeley, CA 94705
Tel: (510) 985-2600
Fax: (510) 985-2666
www.hamburglawcorp.com
ben@hamburglawcorp.com

*This email may contain confidential and attorney client privileged material and is for the sole use of the intended recipient. Any review, reliance or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. Thank you.*

**From:** Ash Gujral [mailto:ash@westbayrealty.com]
**Sent:** Wednesday, March 25, 2009 8:14 PM
**To:** 'Michael Huber'
**Cc:** 'Ben Hamburg'
**Subject:** wire funds

Hi Michael,

Per our discussion - please wire $35,000.00 to our counsel Ben Hamburg for legal services on behalf of Preferred Financial Group, Inc.

Ben will be forwarding to you his wire instructions.

Please contact me with any questions.

**EXHIBIT ((D))**

Regards,

Ash K. Gujral
Direct: (650) 616-1301
Private Fax: (650) 239-3696
Email: ash@wloconnect.com

| | |
|---|---|
| DML | Does your wife own any property that is not listed on your schedules? |
| AG | No. |
| DML | Preferred Financial Group, Inc. – is that still operating? |
| AG | It's dormant, there's no business, no activity. |
| DML | And what was it? |
| AG | It was a mortgage banking company. |
| AG | It's represented by a gentleman down south – that goes by Gib Patner |
| DML | You had a 50% ownership in that? |
| AG | Yes. |
| DML | Who else had an ownership in that? |
| AG | My brother, Radgid Gujral. |
| DML | How about PFG, Inc. Is that Operating? |
| AG | That would be the same – it's a short version of Preferred Financial Group. |
| DML | Okay. Payless Mortgage? |
| AG | Payless Mortgage was a subsidiary of PFG. |
| DML | Payless Realty -- same thing? |
| AG | Yes. |
| DML | Edgewood Ave. Development, LLC? |
| AG | That's separate. |
| DML | And is that operating? |
| AG | No. |
| DML | What was its business? |
| AG | That was formulated for one project – Edgewood Ave. in San Francisco. |
| DML | And what happened there? |

EXHIBIT "E"

121413.DOC

§ 341 MOC

1     Q.    How many times?

2     A.    Three.

3     Q.    Let me just remind you of a couple things.

4  The court reporter is taking down what all of us say

5  here when we're on the record.  And so if you could wait

6  until I finish my question before answering it, and I

7  will try to wait until you finish your answer before

8  asking you the next question.

9          Also, the court reporter can't take down body

10 language, shakes of the head and nods, so if you could

11 have all of your answers audible, that would be good for

12 the record.

13    A.    Okay.

14    Q.    What is your educational background?

15    A.    I have two years of college, community

16 college, and two years of undergraduate school.

17    Q.    And do you have any degrees?

18    A.    Yes.  Associate of science, hotel restaurant

19 management.

20    Q.    And what has been your work history during the

21 past ten years?

22    A.    Past ten years has been at Preferred Financial

23 Group.

24    Q.    What kind of business does that entity do?

25    A.    Mortgage banking.

```
 1        Q.   What was your position there?

 2        A.   Initially it was senior advisor, loan

 3   consultant, and later in the years it was president.

 4        Q.   Did you have an ownership interest in that

 5   company?

 6        A.   Yes.

 7        Q.   And what percentage was your ownership

 8   interest?

 9        A.   50 percent.

10        Q.   Who owned the other 50 percent?

11        A.   My brother.

12        Q.   And what's his name?

13        A.   Rajiv Gujral.

14        Q.   Could you spell that?

15        A.   R-a-j-i-v, G-u-j-r-a-l.

16        Q.   And how long did that company operate?

17        A.   We started in 1991, '92.

18        Q.   And has it since ceased operation?

19        A.   Yes.

20        Q.   And when was that?

21        A.   That was in December 2007 to January 2008.

22        Q.   And are there any assets left in that company?

23        A.   No.

24        Q.   I just want to go through the list.  What I

25   want to do is review the order for production today
```

1  during 2006?

2      A.   During 2006, not that I can recall, no.

3      Q.   What happened to the corporate records, bank

4  records of Preferred Financial Group?

5      A.   I believe they are in storage in Burlingame.

6      Q.   And in whose control are they under?

7      A.   That would be my brother's.

8      Q.   What's his position with Preferred Financial

9  Group, does he have an employee or officer position at

10  Preferred Financial Group?

11      A.   He's vice president/secretary.  I'm sorry.  He

12  does have an officer position.

13      Q.   I am asking for your best recollection.  Vice

14  president and secretary, you believe?

15      A.   Yes.

16      Q.   And do you have access to those records?

17      A.   I don't.

18      Q.   Are you president of Preferred Financial

19  Group?

20      A.   Yes.

21      Q.   Why don't you have access to the records?

22      A.   You mean if I can go there?

23      Q.   Right.

24      A.   I haven't attempted to do that.  I'm sure I

25  could, but I'd have to find information from him

Case: 10-03038   Doc# 9   Filed: 04/23/10   Entered: 04/23/10 10:55:07   Page 14 of 29

```
 1      Q.   That was out of business by 2008, wasn't it?

 2      A.   It's out of business, but it hasn't -- dormant.

 3      Q.   Did any company that you did business with have

 4   the name Preferred that did any business in 2008 other

 5   than the LLC?

 6      A.   I don't believe so.

 7      Q.   Preferred Group was dormant and did no business

 8   in 2008?

 9      A.   Preferred Financial Group.

10      Q.   Is that your testimony?  Preferred Financial

11   Group had no business activity in 2008; correct?

12      A.   Yeah.

13      Q.   Did the Preferred LLC maintain any accounting of

14   monies that it paid to you?

15           MR. SWEET:   Referring to Preferred Asset, LLC?

16           MR. DAVIS:   Yes.

17           THE WITNESS:   I believe so.

18           MR. DAVIS:   Q.   Have you produced all of those

19   to the trustee?

20      A.   I have produced all the documentation I have to

21   our counsel.

22      Q.   Have you done 2008 tax returns yet?

23      A.   Not yet.

24      Q.   They haven't been prepared?

25      A.   They have not been prepared.
```

Case: 10-03038    Doc# 9    Filed: 04/23/10    Entered: 04/23/10 10:55:07    Page 15 of 29

```
                                                              PAGE:    1
                                    ACCOUNT:       63001724  12/31/2009
                                    DOCUMENTS:            0
```

```
              *******AUTO**SCH 5-DIGIT 94010
              91 0.4630 AV 0.335       1 1 91

              PREFERRED FINANCIAL GROUP INC
              C/O: ROCKRIDGE LENDING GROUP
              1350 BAYSHORE HWY, STE #630                    30-0
              BURLINGAME CA  94010-1823                         0
                                                               0
```

```
==============================================================================
CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
==============================================================================
                          IMPORTANT NOTICE:
     BEGINNING JANUARY 9, 2010, OUR PORTOLA BRANCH WILL BE CLOSED ON
     SATURDAYS. THE NEW PORTOLA BRANCH BUSINESS HOURS WILL BE M-TH 9-5PM AND
     FRIDAY 9-6.
```

```
==============================================================================
                  BUSINESS FIRST ACCOUNT 63001724
==============================================================================
       DESCRIPTION          DEBITS       CREDITS   DATE        BALANCE

BALANCE LAST STATEMENT ............................ 11/30/09     150.20
Ecorp Fee MAINTENANCE            10.00              12/18/09     140.20
SERVICE CHARGE                   12.00              12/31/09     128.20
BALANCE THIS STATEMENT ............................ 12/31/09     128.20

TOTAL CREDITS      (0)             .00  MINIMUM BALANCE          140.20
TOTAL DEBITS       (2)           22.00  AVG AVAILABLE BALANCE    145.68
                                        AVERAGE BALANCE          145.68
```

EXHIBIT "E"

```
        *******AUTO**SCH 5-DIGIT 94010
        85 0.4630 AV 0.335      1 1 85

        PREFERRED FINANCIAL GROUP INC
        C/O: ROCKRIDGE LENDING GROUP
        1350 BAYSHORE HWY, STE #630                 30-0
        BURLINGAME CA  94010-1823                      0
                                                       0
```

```
================================================================
CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
================================================================
                    IMPORTANT NOTICE:
     BEGINNING JANUARY 9, 2010, OUR PORTOLA BRANCH WILL BE CLOSED ON
     SATURDAYS. THE NEW PORTOLOA BRANCH BUSINESS HOURS WILL BE M-TH 9-5PM AND
     FRIDAY 9-6.
```

```
================================================================
                BUSINESS FIRST ACCOUNT 63001724
================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .............................. | | | 10/30/09 | 16.00 |
| DEPOSIT | | 37,662.20 | 11/02/09 | 37,678.20 |
| FOR C/C #1168 PAYABLE TO PFGI FOR $37,500 & C/C FEE OF | | | | |
| $6.00 PER RAJIV'S RE | 37,506.00 | | 11/03/09 | 172.20 |
| Ecorp Fee MAINTENANCE | 10.00 | | 11/18/09 | 162.20 |
| SERVICE CHARGE | 12.00 | | 11/30/09 | 150.20 |
| BALANCE THIS STATEMENT .............................. | | | 11/30/09 | 150.20 |

```
TOTAL CREDITS     (1)    37,662.20  MINIMUM BALANCE              162.20
TOTAL DEBITS      (3)    37,528.00  AVG AVAILABLE BALANCE      1,367.80
                                    AVERAGE BALANCE            1,367.80
```

Case: 10-03038   Doc# 9   Filed: 04/23/10   Entered: 04/23/10 10:55:07   Page 17 of 29

```
*******AUTO**SCH 5-DIGIT 94010
89 0.6570 AV 0.335     1 1 89

PREFERRED FINANCIAL GROUP INC
C/O: ROCKRIDGE LENDING GROUP
1350 BAYSHORE HWY, STE #630                   30-0
BURLINGAME CA  94010-1823                        0
                                                 1
```

====================================================================

CORPORATE BANKING                     TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
====================================================================

IMPORTANT NOTICE:
   BEGINNING JANUARY 9, 2010, OUR PORTOLA BRANCH WILL BE CLOSED ON
   SATURDAYS. THE NEW PORTOLOA BRANCH BUSINESS HOURS WILL BE M-TH 9-5PM AND
   FRIDAY 9-6.

====================================================================
                BUSINESS FIRST ACCOUNT 63001724
====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........................... | | | 09/30/09 | 56.00 |
| MISCELLANEOUS DEBIT | 18.00 | | 10/02/09 | 38.00 |
| Ecorp Fee MAINTENANCE | 10.00 | | 10/16/09 | 28.00 |
| SERVICE CHARGE | 12.00 | | 10/30/09 | 16.00 |
| BALANCE THIS STATEMENT ........................... | | | 10/30/09 | 16.00 |

```
TOTAL CREDITS     (0)       .00  MINIMUM BALANCE              28.00
TOTAL DEBITS      (3)     40.00  AVG AVAILABLE BALANCE        33.60
                                 AVERAGE BALANCE              33.60
```

Case: 10-03038   Doc# 9   Filed: 04/23/10   Entered: 04/23/10 10:55:07   Page 18 of 29

```
          *******AUTO**SCH 5-DIGIT 94010
          91 0.4630 AV 0.335    1 1 91

          PREFERRED FINANCIAL GROUP INC
          C/O: ROCKRIDGE LENDING GROUP
          1350 BAYSHORE HWY, STE #630                30-0
          BURLINGAME CA  94010-1823                     0
                                                        0
```

```
================================================================
CORPORATE BANKING                  TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
```

```
================================================================
                BUSINESS FIRST ACCOUNT 63001724
================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .............................. | | | 08/31/09 | 78.00 |
| Ecorp Fee MAINTENANCE | 10.00 | | 09/18/09 | 68.00 |
| SERVICE CHARGE | 12.00 | | 09/30/09 | 56.00 |
| BALANCE THIS STATEMENT .............................. | | | 09/30/09 | 56.00 |

```
TOTAL CREDITS    (0)      .00  MINIMUM BALANCE              68.00
TOTAL DEBITS     (2)    22.00  AVG AVAILABLE BALANCE        73.66
                               AVERAGE BALANCE              73.66
```

```
*******AUTO**SCH 5-DIGIT 94010
85 0.4630 AV 0.335      1 1 85

PREFERRED FINANCIAL GROUP INC
C/O: ROCKRIDGE LENDING GROUP
1350 BAYSHORE HWY, STE #630                    30-0
BURLINGAME CA  94010-1823                       0
                                                0
```

```
=================================================================
CORPORATE BANKING                TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080

=================================================================
              BUSINESS FIRST ACCOUNT 63001724
=================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .............................. | | | 07/31/09 | 100.00 |
| Ecorp Fee MAINTENANCE | 10.00 | | 08/18/09 | 90.00 |
| SERVICE CHARGE | 12.00 | | 08/31/09 | 78.00 |
| BALANCE THIS STATEMENT .............................. | | | 08/31/09 | 78.00 |

```
TOTAL CREDITS    (0)       .00  MINIMUM BALANCE            90.00
TOTAL DEBITS     (2)     22.00  AVG AVAILABLE BALANCE      95.48
                                AVERAGE BALANCE            95.48
```

```
       ********AUTO**SCH 5-DIGIT 94010
       86 0.6560 AV 0.335    1 1 86

       PREFERRED FINANCIAL GROUP INC
       C/O: ROCKRIDGE LENDING GROUP
       1350 BAYSHORE HWY, STE #630                30-0
       BURLINGAME CA  94010-1823                     0
                                                     4
```

```
===========================================================================
CORPORATE BANKING                      TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080

===========================================================================
                     BUSINESS FIRST ACCOUNT 63001724
===========================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 06/30/09 | 296.33 |
| DEPOSIT | | 127,497.06 | 07/01/09 | 127,793.39 |
| CHECK | 127,497.06 | | 07/03/09 | 296.33 |
| PHONE TRANSFER FROM ANOTHER ACCT | | 127,497.06 | 07/06/09 | 127,793.39 |
| FOR C/C #1061/ $60K, #1062/ $3395.00, #1063/ $2K, | | | | |
|   #1064/ $250.00 | 65,645.00 | | 07/06/09 | 62,148.39 |
| FEE FOR C/C #1026 $5000 AND #1027 $19,397.89 | | | | |
| | 12.00 | | 07/08/09 | 62,136.39 |
| FEE FOR C/C #1061 $60K, #1062 $3395.00 #1063 $2K, | | | | |
|   #1064 $250.00 | 24.00 | | 07/08/09 | 62,112.39 |
| CHECK | 5,000.00 | | 07/08/09 | 57,112.39 |
| CHECK | 19,397.89 | | 07/08/09 | 37,714.50 |
| Ecorp Fee MAINTENANCE | 10.00 | | 07/17/09 | 37,704.50 |
| LEVY FEE | 35.00 | | 07/28/09 | 37,669.50 |
| NOTICE OF LEVY UNDER WRIT OF EXECUTION FOR PLAINTIFF | | | | |
|   DOUGLAS EMMETT 1996, | 15,200.57 | | 07/28/09 | 22,468.93 |
| CHECK | 22,368.93 | | 07/31/09 | 100.00 |
| BALANCE THIS STATEMENT ............................. | | | 07/31/09 | 100.00 |

```
TOTAL CREDITS    (2)   254,994.12  MINIMUM BALANCE            100.00
TOTAL DEBITS    (10)   255,190.45  AVG AVAILABLE BALANCE    38,789.01
                                   AVERAGE BALANCE          38,789.01
                   * * * C O N T I N U E D * * *
```

PREFERRED FINANCIAL GROUP INC
C/O: ROCKRIDGE LENDING GROUP

```
================================================================================
                            YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

07/03        * 127,497.06 07/08        *  19,397.89
07/08        *   5,000.00 07/31           22,368.93

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
```

```
          *******AUTO**SCH 5-DIGIT 94010
          88 0.6570 AV 0.335      1 1 88

          PREFERRED FINANCIAL GROUP INC
          C/O: ROCKRIDGE LENDING GROUP
          1350 BAYSHORE HWY, STE #630                 30-0
          BURLINGAME CA  94010-1823                      0
                                                         1
```

=================================================================
```
CORPORATE BANKING                  TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
```

=================================================================
## BUSINESS FIRST ACCOUNT 63001724
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ......................... | | | 05/29/09 | 51.25 |
| DEPOSIT | | 29,767.08 | 06/17/09 | 29,818.33 |
| CHECK | 29,500.00 | | 06/17/09 | 318.33 |
| Ecorp Fee MAINTENANCE | 10.00 | | 06/18/09 | 308.33 |
| SERVICE CHARGE | 12.00 | | 06/30/09 | 296.33 |
| BALANCE THIS STATEMENT ......................... | | | 06/30/09 | 296.33 |

```
TOTAL CREDITS    (1)    29,767.08  MINIMUM BALANCE            51.25
TOTAL DEBITS     (3)    29,522.00  AVG AVAILABLE BALANCE     164.03
                                   AVERAGE BALANCE           164.03
```

=================================================================
## YOUR CHECKS SEQUENCED
=================================================================
```
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

06/17          29,500.00
```

```
*******AUTO**SCH 5-DIGIT 94010
83 0.4630 AV 0.335     1 1 83

PREFERRED FINANCIAL GROUP INC
C/O: ROCKRIDGE LENDING GROUP
1350 BAYSHORE HWY, STE #630                    30-0
BURLINGAME CA  94010-1823                          0
                                                   0
```

=====================================================================
CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080

=====================================================================
BUSINESS FIRST ACCOUNT 63001724
=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 04/30/09 | 73.25 |
| Ecorp Fee MAINTENANCE | 10.00 | | 05/18/09 | 63.25 |
| SERVICE CHARGE | 12.00 | | 05/29/09 | 51.25 |
| BALANCE THIS STATEMENT ............................ | | | 05/29/09 | 51.25 |

```
TOTAL CREDITS    (0)        .00   MINIMUM BALANCE           63.25
TOTAL DEBITS     (2)      22.00   AVG AVAILABLE BALANCE     69.11
                                  AVERAGE BALANCE           69.11
```

```
*******AUTO**SCH 5-DIGIT 94010
84 0.6560 AV 0.324    1 1 84

PREFERRED FINANCIAL GROUP INC
1350 BAYSHORE HWY, STE #630
BURLINGAME CA 94010-1823                      30-0
                                                 0
                                                 3
```

```
===================================================================
CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
===================================================================
              ANALYSIS CHECKING ACCOUNT 63001724
===================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 03/31/09 | 10.00 |
| INCOMING WIRE FROM COTA COLE & ASSOCIATE | | 568,488.01 | 04/02/09 | 568,498.01 |
| ISSUED C/C #266528 PAYABLE TO HAMBURG LAW (PER RAJIV | | | | |
| GUJRAL'S REQUEST) | 25,000.00 | | 04/02/09 | 543,498.01 |
| PAYOFF LOAN #118174 (PER RAJIV GUJRAL'S REQUEST) | | | | |
| | 122,456.02 | | 04/02/09 | 421,041.99 |
| TRANSFER TO RAJIV GUJRAL'S DDA ****1651 (PER RAJIV'S | | | | |
| REQUEST) | 421,031.99 | | 04/02/09 | 10.00 |
| DEPOSIT | | 3,183.25 | 04/07/09 | 3,193.25 |
| C/C 266552 $500 TO HARI RAJAGOPALAN C/C 266553-266557 | | | | |
| $500 EA TO PFGI PER R | 3,000.00 | | 04/09/09 | 193.25 |
| DEPOSIT | | 1,000.00 | 04/14/09 | 1,193.25 |
| DEPOSIT | | 1,500.00 | 04/15/09 | 2,693.25 |
| CHECK | 320.00 | | 04/15/09 | 2,373.25 |
| CHECK | 800.00 | | 04/15/09 | 1,573.25 |
| CHECK # 999 | 1,500.00 | | 04/15/09 | 73.25 |
| BALANCE THIS STATEMENT ............................. | | | 04/30/09 | 73.25 |

```
TOTAL CREDITS     (4)    574,171.26  MINIMUM BALANCE            10.00
TOTAL DEBITS      (7)    574,108.01  AVG AVAILABLE BALANCE     325.93
                                     AVERAGE BALANCE           325.93
                   * * * C O N T I N U E D * * *
```

PREFERRED FINANCIAL GROUP INC

```
================================================================================
                          YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

04/15          *     320.00 04/15          *     800.00 04/15      999    1,500.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
```

```
********AUTO**SCH 5-DIGIT 94010
157 0.4630 AV 0.324    1 2 21

PREFERRED FINANCIAL GROUP INC
PO BOX 4408
BURLINGAME CA 94011-4408                        30-0
                                                  0
                                                  0
```

```
================================================================
CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080
================================================================
           ANALYSIS CHECKING ACCOUNT 63001724
================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. 02/27/09 | | | | 10.00 |
| BALANCE THIS STATEMENT ............................. 03/31/09 | | | | 10.00 |
| TOTAL CREDITS (0) | .00 | MINIMUM BALANCE | | 10.00 |
| TOTAL DEBITS (0) | .00 | AVG AVAILABLE BALANCE | | 10.00 |
| | | AVERAGE BALANCE | | 10.00 |

```
*******AUTO**SCH 5-DIGIT 94010
181 0.4630 AV 0.324      1 2 24

PREFERRED FINANCIAL GROUP INC
PO BOX 4408
BURLINGAME CA 94011-4408                      30-0
                                                 0
                                                 0
```

=================================================================
CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080

=================================================================
                ANALYSIS CHECKING ACCOUNT 63001724
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 01/30/09 | 10.00 |
| BALANCE THIS STATEMENT ............................. | | | 02/27/09 | 10.00 |
| TOTAL CREDITS     (0) | .00 | MINIMUM BALANCE | | 10.00 |
| TOTAL DEBITS      (0) | .00 | AVG AVAILABLE BALANCE | | 10.00 |
| | | AVERAGE BALANCE | | 10.00 |

```
*******AUTO**SCH 5-DIGIT 94010
154 0.4630 AV 0.324     1 2 22

PREFERRED FINANCIAL GROUP INC
PO BOX 4408
BURLINGAME CA 94011-4408                    30-0
                                               0
                                               0
```

==============================================================

CORPORATE BANKING                    TELEPHONE:650-875-4826
975 EL CAMINO REAL
SOUTH SAN FRANCISCO, CA 94080

==============================================================
               ANALYSIS CHECKING ACCOUNT 63001724
==============================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 12/31/08 | 10.00 |
| BALANCE THIS STATEMENT ............................... | | | 01/30/09 | 10.00 |
| TOTAL CREDITS      (0) | .00 | MINIMUM BALANCE | | 10.00 |
| TOTAL DEBITS       (0) | .00 | AVG AVAILABLE BALANCE | | 10.00 |
| | | AVERAGE BALANCE | | 10.00 |