GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Plaintiff E. Lynn Schoenmann, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 09-30031-TEC |
| ASHOK GUJRAL, | Chapter 7 |
| Debtor. | |
| E. LYNN SCHOENMANN, Trustee, | A.P. No. 10-03038 |
| Plaintiff, | |
| vs. | |
| BEN HAMBURG and HAMBURG LAW CORPORATION, | |
| Defendants. | |

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**PROPOSED SCHEDULING ORDER**

-1-

1 on each party listed below by placing such a copy, enclosed in a sealed envelope with first class
2 postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California,
3 addressed to each party listed below.
4     I declare under penalty of perjury that the foregoing is true and correct. Executed at
5 San Francisco, California, on May 25, 2010.

                                              /s/ Len Shaffer

Matthew J. Shier, Esq.
Pinnacle Law Group, LLP
425 California St., Ste. 1800
San Francisco, CA 94104

Ben Hamburg, Esq.
Hamburg Law Corporation
2625 Alcatraz Avenue, #500
Berkeley, CA 94705